NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CALEB SEMENTELLI,          )
                               )
        Appellant,       )
                               )
v.                      )      Case No. 2D18-2323
                               )
STATE OF FLORIDA,        )
                               )
        Appellee.       )
_____)

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Wayne M. Durden,
Judge.

Caleb Sementelli, pro se.


PER CURIAM.

      Affirmed.  See Murray v. State, 491 So. 2d 1120 (Fla. 1986); Spivey v.

State, 789 So. 2d 1087 (Fla. 2d DCA 2001); Willis v. State, 640 So. 2d 220 (Fla. 2d

DCA 1994); Smith v. State, 632 So. 2d 95 (Fla. 2d DCA 1994); West v. State, 849 So.

2d 377 (Fla. 1st DCA 2003).


NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.